D+F
C/M 11/20/97
cc: LG
MJ. ORENSTEIN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ALAN AMRON DEVELOPMENT, INC. and ALAN
AMRON,

                Plaintiffs,

against

STAR CREATIONS INVESTMENT CO., LTD f/k/a
LARAMI, INC.,ALVIN DAVIS, MYUNG SONG
and HASBRO, INC.,

                Defendants.
----------------------------------------X

Civil Action No. 95-CV-3191
(TCP)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D. N.Y.
LONG ISLAND OFFICE

★ NOV 2 0 1997 ★
P.M. 12:49
TIME A.M.

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED TO AND AGREED, by and between the undersigned, that the above captioned action is hereby discontinued with prejudice without cost to either party.

Dated: Woodbury, New York
       July __, 1997

_____
Paul Eisenstein (PE-5930)
Attorney for the Plaintiff
7600 Jericho Turnpike
Woodbury, New York 11797

Dated: Philadelphia, Pennsylvania
      ~~July __, 1997~~
      11/19/97

_____
Gary A. Rosen (GAR- )
Connolly, Epstein, Chicco, Foxman,
Engelmyer & Ewing
1550 Market Street
Ninth Floor
Philadelphia, PA 19102

51

**SO ORDERED**   11/20/97

S/ Thomas C. Platt

HON. THOMAS C. PLATT
UNITED STATES DISTRICT COURT JUDGE

F:\DOCSOPEN\COHAN_EU154189.01

## CONNOLLY EPSTEIN CHICCO FOXMAN ENGELMYER & EWING

A PENNSYLVANIA PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

NEIL G. EPSTEIN
WILLIAM H. EWING
STEPHEN M. FOXMAN
NANCY K. BARON-BAER
KAREN LEE TURNER
CARL OXHOLM III
LESLIE A. HAYES
MICHAEL S. JACKSON
GARY A. ROSEN
MARK T. CARLIDGE*
GARY A. MILLER
LISA E. BRODY
JOHN F. O'RIORDAN
RANDY KARAFIN HUBERT*
TARLETON DAVID WILLIAMS, JR
LEWIS ROSMAN
ADAM M. SILVERMAN

JOSEPH G. J. CONNOLLY
JOSEPH CHICCO
CLAIRE ROCCO*†
STEVEN J. ENGELMYER*
GAIL M. BURGESS
CHARLES F. FORER*
VALERIE J. MUNSON
ALBERT G. BIXLER
GARY S. LEWIS
CAROL I. PRESS
JOYCE COLLIER BRONG*
DANIEL N. REISMAN
DEBORAH WEINSTEIN
JERRY L. TANENBAUM*
MICHELLE D. KOSS*
MANDANA SHAHVARI

OF COUNSEL
HOWARD I. GLEIT
WILLIAM F. HALL, JR
BETH OLANOFF
EUGENE J. WIEN

*ATTORNEYS WITHOUT * NOT ADMITTED IN NEW JERSEY
†NEW JERSEY RESIDENT PRINCIPAL

1515 MARKET STREET
NINTH FLOOR
PHILADELPHIA, PA 19102-1909
(215) 851-8400
FAX (215) 851-8383
http://www.philalaw.com

36 TANNER STREET
SECOND FLOOR
HADDONFIELD, NJ 08033-2420
(609) 427-6240
FAX (609) 427-0611

DIRECT DIAL
(215) 851-8426
E-MAIL: gar@philalaw.com

November 19, 1997

**FEDERAL EXPRESS**

United States District Court
 for the Eastern District of New York
Clerk's Office
303 U.S. Courthouse
2 Uniondale Avenue
Uniondale, NY 11553

      Re:    <u>Amron v. Star Creations et al, No. 95-3191 (E.D.N.Y.)</u>

Dear Sir or Madam:

      Enclosed please find an original and one copy of Stipulation of Discontinuance with Prejudice in the above matter. Kindly file the original and return the time-stamped copy to me in the enclosed self-addressed, stamped envelope.

      Thank you for your attention to this matter.

      Very truly yours,

      Gary A. Rosen

GAR:svn
Enclosures
cc (w/enc)  The Honorable Thomas C. Platt, Jr. (Federal Express)
           Magistrate Judge Michael L. Orenstein (Federal Express)
           Paul Eisenstein, Esquire (Federal Express)
           Gerald Dandeneau, Esquire (Federal Express)